AO 106 (REV 11) Affidavit for Search Warrant

AUSA Jessica R. Ecker, (312) 613-5200

FILED
TD
4/14/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Matter of the Search of:

Case No.    26 M 264

the United States Mail package bearing tracking number 9405 5362 0830 3308 2426 69, further described in Attachment A

# APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, Thomas McKeown, a Postal Inspector of the U.S. Postal Inspection Service, request a search warrant and state under penalty of perjury that I have reason to believe that in the following package:

**See Attachment A**

located in the Northern District of Illinois, there is now concealed:

**See Attachment B**

The basis for the search under Fed. R. Crim. P. 41(c) is evidence, instrumentalities, and contraband.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 843(b) | narcotics |

The application is based on these facts:

**See Attached Affidavit**,

Continued on the attached sheet.

Thomas McKeown (DPM w/ permission)

*Applicant's Signature*

THOMAS MCKEOWN, Postal Inspector
U.S. Postal Inspection Service
*Printed name and title*

Pursuant to Fed. R. Crim. P. 4.1, this Application is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the statements in the Application and Affidavit by telephone.

Date: April 14, 2026

*Judge's signature*

City and State: Chicago, Illinois

DANIEL P. MCLAUGHLIN, U.S. Magistrate Judge

*Printed name and title*

UNITED STATES DISTRICT COURT    )
    )
NORTHERN DISTRICT OF ILLINOIS    )

## AFFIDAVIT

I, Thomas McKeown, being duly sworn, state as follows:

1.    I am a Postal Inspector with the U.S. Postal Inspection Service. I have been so employed since approximately February 2019.

2.    As part of my duties as a USPIS Postal Inspector, I investigate criminal violations relating to the federal laws relating to the mails and to controlled substances.

3.    This affidavit is made in support of an application for a warrant to search the United States Mail Parcel with Tracking Number 9405 5362 0830 3308 2426 69 described further in Attachment A (the "**Subject Parcel**"), for evidence, instrumentalities, and contraband described further in Attachment B, concerning narcotics offenses, in violation of Title 21, United States Code, Section 843(b).

4.    The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are sufficient to establish probable cause to believe that evidence, instrumentalities, and contraband of violations of Title 21, United States Code, Section 843(b), are located within the **Subject Parcel**.

**I. FACTS SUPPORTING PROBABLE CAUSE TO SEARCH THE SUBJECT PARCEL**

5. On April 13, 2026, I inspected the **Subject Parcel** at the USPS Local Processing Center in Chicago, Illinois. The **Subject Parcel** was first scanned by the United States Postal Service on April 4, 2026, in Delray Beach, Florida 33484, and is addressed to "Wood Unlimited LLC 1328 W Carmen Ave Apt 1N Chicago IL 60640," with a return address of "Wood Unlimited LLC 1328 W Carmen Ave Apt 1N Chicago IL 60640." According to law enforcement, the **Subject Parcel** bears $16.65 in postage, measures approximately 12 inches by 13 inches by 12 inches, and weighs approximately 17 pounds and 6 ounces.

6. I observed several characteristics about the **Subject Parcel** that, in my training and experience, can be consistent with parcels containing a controlled substance.

7. First, I ran the sender and recipient names and addresses on the **Subject Parcel** through a law enforcement database. According to the database, the recipient names are associated with the recipient address. However, the sender name and address is the same as the recipient name and address and is not the area from which the **Subject Parcel** was mailed in Florida. Based on my training and experience, fictitious sender or receiver names, and fictitious return addresses, can indicate that the sender or receiver does not want to be associated with the parcel.

8.      The **Subject Parcel** is taped with clear packing tape on all of the parcel seams. Based on my training and experience, parcels can be taped in this manner in an attempt to hide or mask the odor of the parcel's contents.

9.      The postage for the **Subject Parcel** was paid for using a third-party service which allows customers to purchase postage using cryptocurrency. Based on my training and experience, I am aware individuals involved in narcotics trafficking via the U.S. Mail, particularly individuals involved in online narcotics sales, frequently utilize third-party postage services which allow customers to purchase postage using cryptocurrency. I am further aware payment for postage using cryptocurrency is a method utilized by individuals involved in narcotics trafficking to avoid association with the parcel, should the parcel be seized, searched, and found to contain narcotics and/or illegal contraband.

10.     Each of the characteristics I describe above can be consistent with parcels that do not contain contraband.  Based on my training and experience, however, the combination of these characteristics led me to investigate further by calling in a narcotics dog to perform further examination of the **Subject Parcel**.

11.     On April 13, 2026, I arranged for a Des Plaines Police Department Canine Officer and his canine partner, "Jager," to meet with me and examine the **Subject Parcel**. According to the Canine Officer, Jager is certified annually by Illinois Law Enforcement Training and Standards Board as a narcotics dog. Jager was most recently re-certified on January 8, 2026. Jager is trained to sniff buildings,

3

vehicles, envelopes, and wrapped parcels to detect the odors of cocaine, methamphetamine, marijuana, and heroin that could be contained inside. Jager is also trained to indicate the presence of such substances or their scents by alerting to the item he is sniffing.

12. In addition, according to USPIS records, Jager has successfully alerted to controlled substances and other items believed to have been in contact with controlled substances, including United States currency, paraphernalia, and packaging, further described in Attachment B, in U.S. Mail Parcels and letters on 150 occasions since March 2024, with a success rate of approximately 93%. To the best of my knowledge, Des Plaines Police Department does not maintain records regarding the overall success rate for its drug detection dogs, and therefore only the USPIS success rate is available.

13. On April 13, 2026, at the Postal Service International Service Center at O'Hare Airport in Chicago, Illinois, I arranged a controlled substance detection test by placing the **Subject Parcel** among approximately 10 other parcels in the workroom area. I then witnessed Jager examine the parcels and observed Jager lay down next to the **Subject Parcel**. Jager did not alert to any of the other parcels. The Canine Officer informed me that Jager's actions indicated the presence of narcotics and/or controlled substances in the **Subject Parcel**. I then took custody of the **Subject Parcel**.

14.     Additionally, based on my training and experience: (i) individuals who engage in the trafficking of illegal controlled substances often exchange cash through the mail; (ii) money that is handled by individuals who also handle drugs or is in the vicinity of drugs can retain the scent of drugs, which dogs can smell; and (iii) in other such cases, narcotics dogs have alerted to a package that has contained money.

## II.     CONCLUSION

15.     Based on the above information, I respectfully submit that there is probable cause to believe that narcotics offenses, in violation of Title 21, United States Code, Section 843(b), have been committed, and that evidence, instrumentalities, and contraband relating to this criminal conduct, as further described in Attachment B, will be found in the **Subject Parcel**, as further described in Attachment A. I therefore respectfully request that this Court issue a search warrant for the **Subject Parcel** more particularly described in Attachment A, authorizing the seizure of the items described in Attachment B.

FURTHER AFFIANT SAYETH NOT.


_Thomas McKeown (DPM w/ permission)_
Thomas McKeown
Postal Inspector
U.S. Postal Inspection Service

Sworn to and affirmed by telephone 14th day of April, 2026

Honorable DANIEL P. MCLAUGHLIN
United States Magistrate Judge

5

## ATTACHMENT A

The **Subject Parcel** is a United States Priority Mail parcel with Tracking Number 9405 5362 0830 3308 2426 69, addressed to "Wood Unlimited LLC 1328 W Carmen Ave Apt 1N Chicago IL 60640," with a return address of "Wood Unlimited LLC 1328 W Carmen Ave Apt 1N Chicago IL 60640." According to law enforcement, the Subject Parcel bears $16.65 in postage, measures approximately 12 inches by 13 inches by 12 inches, and weighs approximately 17 pounds and 6 ounces.

## ATTACHMENT B

### LIST OF ITEMS TO BE SEIZED

Evidence, instrumentalities and contraband concerning violation of Title 21, United States Code, Section 843(b) (the "**Subject Offense**"), as follows:

1.      Controlled substances;

2.      Packaging for controlled substances;

3.      United States currency that constitutes evidence, or instrumentalities of the **Subject Offense**;

4.      Paraphernalia associated with the use, possession, manufacturing, packaging, processing, and distribution of controlled substances, including but not limited to adulterants, dilutants, cutting agents, scales, needles, grinders, heat-sealing devices, plastic bags, and money-counting devices; and

5.      Items that identify the sender or intended recipient of the **Subject Parcel**.