AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |
|---|---|---|
| 26M264 | 4/15/2026 @ 10:20 AM | USPS |

Inventory made in the presence of:

PI Zesati and PI McKeown

Inventory of the property taken and name of any person(s) seized:

- USPS Priority Mail 9405 5362 0830 3308 2426 69
- Bubble wrap
- 12 "Maison Perrier Sprakling Water" 11.15 fl oz bottles each containing a clear liquid
    - One bottle of liquid field-tested positive for gamma-butyrolactone (GBL)
    - Total approximate gross weight of 7,022.7 grams, estimated one gallon of liquid GBL

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/16/2026

[signature]

*Executing officer's signature*

Thomas McKeown ; Postal Inspector

*Printed name and title*